UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------x

UNITED STATES OF AMERICA, :
:
v. :
:
JORDAN TROUGHT, :
Defendant. :

-----------------------------------------------------x

**ORDER ACCEPTING PLEA ALLOCUTION**

S1 25 CR 32-2 (VB)

The Court has reviewed the transcript of the plea allocution in the above-captioned case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Judith C. McCarthy, United States Magistrate Judge, dated June 1, 2026, is approved and accepted, and the defendant is adjudged guilty of the offense charged in Count One of the superseding indictment.

The Clerk is directed to enter the guilty plea.

Dated: July 15, 2026
White Plains, NY

SO ORDERED:

Vincent L. Briccetti
United States District Judge