UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>JORDAN TROUGHT,<br><br>Defendant. | : | CONSENT PRELIMINARY ORDER OF FORFEITURE/ <u>MONEY JUDGMENT</u><br><br>S1 25 Cr. 32 (VB) |

WHEREAS, on or about January 23, 2025, JORDAN TROUGHT (the "Defendant"), and another, was charged in five counts of a six-count Superseding Indictment, S1 25 Cr. 32 (VB) (the "Indictment"), with conspiracy to commit wire fraud, mail fraud, and bank fraud, in violation of Title 18, United States Code, Section 1349 (Count One); conspiracy to commit money laundering, in violation of Title 18, United States Code, Section 1956(h) (Count Two); wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2 (Count Three); mail fraud, in violation of Title 18, United States Code, Sections 1341 and 2 (Count Four); and conspiracy to receive stolen money, in violation of Title 18, United States Code, Section 371 (Count Six);

WHEREAS, the Indictment included a forfeiture allegation as to Counts One, Three, Four, and Six of the Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), of any and all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the offenses charged in Counts One, Three, Four, and Six of the Indictment, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of the offenses charged in Counts One, Three, Four, and Six of the Indictment;

WHEREAS, on or about June 1, 2026, the Defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit, pursuant to Title 18, United States Code, Section 981(a)(1)(C), a sum of money equal to $6,166,227 in United States currency, representing proceeds traceable to the commission of the offense charged in Count One of the Indictment;

WHEREAS, the Defendant consents to the entry of a money judgment in the amount of $6,166,227 in United States currency, representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained, for which the Defendant is jointly and severally liable with (i) co-defendant, Orlando Taylor (the "Co-defendant") to the extent a forfeiture money judgment is ultimately entered against the Co-defendant for the conduct charged in in Count One of the Indictment; and (ii) any unindicted co-conspirators (the "Co-conspirators") to the extent forfeiture money judgments are ultimately entered against the Co-conspirators for the conduct charged in Count One of the Indictment; and

WHEREAS, the Defendant admits that, as a result of acts and/or omissions of the Defendant, the proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained cannot be located upon the exercise of due diligence.

IT IS HEREBY STIPULATED AND AGREED, by and between the United States of America, by its attorney Jay Clayton, United States Attorney, Assistant United States Attorney Benjamin L. Levander, of counsel, and the Defendant and his counsel, Francis L. O'Reilly, Esq., that:

1. As a result of the offense charged in Count One of the Indictment, to which the Defendant pled guilty, a money judgment in the amount of $6,166,227 in United States

currency (the "Money Judgment"), representing the amount of proceeds traceable to the offense charged in Count One of the Indictment that the Defendant personally obtained, for which the Defendant is jointly and severally liable with the Co-defendant and the Co-conspirators to the extent forfeiture money judgments are entered against the Co-defendant and/or Co-conspirators for conduct related to the offense charged in Count One of the Indictment, shall be entered against the Defendant.

2. Pursuant to Rule 32.2(b)(4) of the Federal Rules of Criminal Procedure, this Consent Preliminary Order of Forfeiture/Money Judgment is final as to the Defendant, JORDAN TROUGHT, and shall be deemed part of the sentence of the Defendant, and shall be included in the judgment of conviction therewith.

3. All payments on the outstanding money judgment shall be made by postal money order, bank or certified check, made payable, in this instance, to the United States Department of Treasury, and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Illicit Finance and Money Laundering Unit, 26 Federal Plaza, 38th Floor, New York, New York 10278 and shall indicate the Defendant's name and case number.

4. The United States Department of Treasury or its designee shall be authorized to deposit the payment on the Money Judgment into the Treasury Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate

or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: ______________________ 6/1/2026
DATE

Benjamin L. Levander, Esq.
Assistant United States Attorney
26 Federal Plaza
New York, NY 10278
(212) 637-2571

JORDAN TROUGHT

By: ______________________ 6/1/26
Jordan Trought
DATE

By: ______________________ 6/1/26
DATE

Francis L. O'Reilly, Esq.
Attorney for Defendant
1735 Post Road, Suite 2C
Fairfield, CT 06824

SO ORDERED:

______________________ 9/9/2026
HONORABLE VINCENT L. BRICCETTI
UNITED STATES DISTRICT JUDGE
DATE